UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**BRUCE J. STICH, ET AL.**                                                                                   **PLAINTIFFS**

vs                                                                                **CIVIL ACTION NO. 3:10CV-328-S**

**OFFICER MATT CORNELL, ET AL.**                                                            **DEFENDANTS**

### ORDER

Counsel having notified the Court of a settlement in this matter, **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within forty-nine (49) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire.

**IT IS FURTHER ORDERED** that the telephonic conference set for January 10, 2012, at 10:30 a.m., before Magistrate Judge James D. Moyer is **REMANDED** from the Court's docket.

January 6, 2012

                                                                                   **Charles R. Simpson III, Judge**
                                                                                   **United States District Court**

cc: Counsel of Record